STATE OF CONNECTICUT *v.* CARLOS RODRIGUEZ, SR.

The defendant's petition for certification for appeal from the Appellate Court, 93 Conn. App. 739 (AC 25393), is granted, limited to the following issue:

"Whether the Appellate Court properly affirmed the trial court's decision denying defense counsel's motion to withdraw?"

The Supreme Court docket number is SC 17637.

*Charles F. Willson*, special public defender, in support of the petition.

*Erik T. Lohr,* deputy assistant state's attorney, in opposition.

Decided March 31, 2006